# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| CEDRIC D. WHITESIDE and MALCOLM WHITESIDE, ) ) ) | |
| Plaintiffs, ) ) | |
| VS. ) ) | No. 04-1220-T-An |
| DAVID WOOLFORK, et al., ) ) | |
| Defendants. ) | |

## ORDER GRANTING MOTION TO TAKE DEPOSITION OF PRISONER

Defendants have filed a motion pursuant to Federal Rule of Civil Procedure 30 to take the deposition of Christopher Brown. Defendants are seeking the court's permission because Brown is incarcerated. Defendants' motion is GRANTED provided that prior arrangements are made with the jailer or his designated representative to insure compliance with the facility's security regulations.

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

23 May 2005
DATE


This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 5/23/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 1:04-CV-01220 was distributed by fax, mail, or direct printing on May 23, 2005 to the parties listed.

---

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Cedric D. Whiteside
N.W.C.X.
246923
Tiptonville, TN 38079

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT