IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| CEDRIC D. WHITESIDE and MALCOLM WHITESIDE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.: 04-1220-T/An |
| DAVID WOOLFORK, et al., | ) ) ) | |
| Defendants. | ) | |

## RULE 16(b) SCHEDULING ORDER

After a review of the pleadings in this case, the court has determined that this order should be entered for the purposes of scheduling dates for the completion of certain pre-trial activities; the following dates are established as the final dates for:

| | |
|---|---|
| **FILING MOTIONS TO JOIN PARTIES:** | **September 15, 2005** |
| **FILING MOTIONS TO AMEND PLEADINGS:** | **September 15, 2005** |
| **COMPLETING ALL DISCOVERY:** pursuant to Rules 26-35 and Rule 37 of the Federal Rules of Civil Procedure | **November 18, 2005** |
| **FILING PRE-TRIAL MOTIONS of any kind including Motions for Summary Judgment:** | **December 16, 2005** |

This order will not be modified except upon showing of good cause.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 6/16/05

IT IS SO ORDERED.

*S. Thomas Anderson*

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date : June 15, 2005

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 1:04-CV-01220 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Cedric D. Whiteside
S.C.C.F.
246923
Clifton, TN 38425

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT