IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

CEDRIC D. WHISIDE, a/k/a
MALCOLM WHITESIDE,

    Plaintiff,

VS.                                No. 04-1220-T

DAVID WOOLFORK, SHERIFF, et al.,

    Defendants.

## ORDER OF REFERENCE

Motion to Hold Case & Scheduling Order in Abeyance is hereby referred to United States Magistrate Judge Thomas Anderson for disposition.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_4 August 2005_
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 8/5/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 1:04-CV-01220 was distributed by fax, mail, or direct printing on August 5, 2005 to the parties listed.

---

Cedric D. Whiteside
Wayne Co. Work Camp
246923
P.O. Box 182
Clifton, TN 38425

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT